UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORINTHIAN YACHT CLUB OF SEATTLE INC as owner and operator of The Corinthian Yacht Club, for Exoneration from or Limitation of Liability,<br><br>　　　　Petitioner/Plaintiff,<br><br>　　v.<br><br>Anthony Weigering, et al.,<br><br>　　　　Defendants. | Case No. C07-1672RSM<br><br>DISMISSAL ORDER |

　　The Court having been notified of the settlement of this case, and it appearing that no issue remains for the court's determination,

　　IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

　　IT IS SO ORDERED this 26th day of March, 2009.

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

DISMISSAL ORDER - 1